United States District Court
Southern District of Texas
**ENTERED**
October 20, 2015
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Aztec Oil and Gas Inc., et al. § | |
| *Plaintiff,* § | |
| § | |
| V. § | Civil Action 4:15–cv–00866 |
| § | |
| Frank Fisher, et al. § | |
| *Defendant.* § | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by:     **January 8, 2016**
   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by:     **August 1, 2016**

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by:     **September 1, 2016**

4. **DISCOVERY** must be completed by:     **September 30, 2016**
   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post–deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by:     **December 2, 2106**

6. **NON–DISPOSITIVE MOTIONS** will be filed by:     **December 2, 2016**

7. **JOINT PRETRIAL ORDER** will be filed by:     **January 30, 2017**
   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 01:30 PM     **February 10, 2017**

9. **TRIAL** is set for the two weeks starting:     **February 13, 2017**

Signed at Houston, Texas on October 20, 2015.

Melinda Harmon
United States District Judge