United States District Court
Southern District of Texas
**ENTERED**
November 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AZTEC OIL AND GAS, INC. and AZTECH ENERGY, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civ. A. H-15-0866 |
| FRANK FISHER, ROBERT SONFIELD, L. MYCHAEL JEFFERSON, II, LIVINGSTON GROWTH FUND TRUST, and INTERNATIONAL FLUID DYNAMICS, | § § § § § § | |
| Defendants. | § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

Pending in the above referenced action is a Suggestion of Bankruptcy of Plaintiffs Aztech Oil & Gas, Inc. and Aztech Drilling & Operating, LLC (instrument # 54) and their Notice of Removal (#55) to the Bankruptcy Court. Plaintiffs filed voluntary Chapter 11 petitions on April 13, 2016.

"When a bankruptcy petition is filed, an automatic stay operates as a self-executing injunction. The stay prevents creditors from taking any collection against the debtor or the property of the debtor's estate for pre-petition debts. 11 U.S.C. § 362(a)." *Campbell v. Countrywide Home Loans, Inc.*, 545 F.3d 348, 354-55 (5th Cir. 2008). The Court

ORDERS that this case is STAYED and ADMINISTRATIVELY CLOSED. All pending motions are MOOT, but may be summarily reurged if the automatic stay is lifted. Leave is granted to any party to move to reinstate this case, if appropriate, after the stay is lifted or the bankruptcy resolved.

**SIGNED** at Houston, Texas, this 10th day of November, 2016.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE